UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              :
                                      :
                v.                    :   ORDER MODIFYING CONDITIONS
                                      :     OF RELEASE
                                      :
                                      :   D.C. No. 11-793(KSH)

YOKASTA VIZCAINO

This matter having come before the Court on the application of defendant, Yokasta Vizcaino, (by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States ( by David Foster, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this        day of       , 2012, HEREBY ORDERED that:

1. That the condition of bail requiring a third party custodian(Yeimy Braddy) is hereby removed;

2. All other conditions of bail remain intact.

_____
HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

consented to:

David Foster, Esq.